IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00423-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ALEX STYPULA,

    Defendant.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Alex Stypula filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 5, 2013 (ECF No. 27), it is

ORDERED that Defendant Alex Stypula is **DISMISSED WITHOUT PREJUDICE**, and this matter is terminated.

Dated:  July 8, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge